IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIELA ARROYO, et al.
Plaintiff

v.

RICARDO ROSSELLÓ NEVARES, et al.
Defendant

Case No. ________________

APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Omar Gonzalez-Pagan, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of Lambda Legal Defense and Education Fund, Inc., with offices at:

| | |
|---|---|
| Address | 120 Wall Street, 19th Floor |
| | New York, NY 10005 |
| Email | ogonzalez-pagan@lambdalegal.org |
| Telephone No. | 212-809-8585 |
| Fax No. | 212-809-0055 |

2. Applicant will sign all pleadings with the name Omar Gonzalez-Pagan.

3. Applicant has been retained personally or as a member of the above-named firm by Daniela Arroyo et al. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since February 25, 2015, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 5294616.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Commonwealth of Massachusetts | 11/23/2010 |
| United States Supreme Court | 3/23/2015 |
| see attached | |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| 6/25/2014 | 3:14-CV-01253 Conde-Vidal, et al. v. Ruiz Armendariz, et al. |
| | |
| | |

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Celina Romany-Siaca |
| USDC-PR Bar No. | 121811 |
| Address | 268 Munoz Rivera Avenue, Suite 1500 |
| | San Juan, Puerto Rico 00918 |
| Email | bufetecelinaromany@gmail.com |
| Telephone No. | (787) 754-9304 |
| Fax No. | (787) 754-9324 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: April 5, 2017.

Omar Gonzalez-Pagan
Printed Name of Applicant

[signature]
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: ______________________.

______________________
Printed Name of Local Counsel

______________________
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $150.00 pro hac vice admission fee.

Signature of Applicant

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

- ☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.
- ☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this ________ day of _________________, _______.

U.S. DISTRICT JUDGE

**ATTACHMENT TO APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE FOR OMAR GONZALEZ-PAGAN**

In addition to the courts listed in response to question 5, I am also admitted in these courts:

| Court: | Admission Date: |
|---|---|
| U.S. Court of Appeals for the First Circuit | 11/14/2014 |
| U.S. Court of Appeals for the Second Circuit | 03/08/2016 |
| U.S. Court of Appeals for the Fifth Circuit | 10/09/2014 |
| U.S. Court of Appeals for the Seventh Circuit | 08/05/2016 |
| U.S. Court of Appeals for the Eleventh Circuit | 03/24/2017 |
| U.S. District Court for the District of Colorado | 12/07/2015 |
| U.S. District Court for the District of Massachusetts | 11/15/2011 |
| U.S. District Court for the Southern District of New York | 09/29/2015 |