UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

DANIELA ARROYO GONZÁLEZ; VICTORIA RODRÍGUEZ-ROLDÁN; J.G.; and PUERTO RICO PARA TOD@S,

*Plaintiffs*,

v.

RICARDO ROSSELLÓ-NEVARES, in his official capacity as Governor of the Commonwealth of Puerto Rico; RAFAEL RODRÍGUEZ-MERCADO, in his official capacity as Secretary of the Department of Health of the Commonwealth of Puerto Rico; and WANDA LLOVET-DÍAZ, in her official capacity as Director of the Division of Demographic Registry and Vital Statistics of the Commonwealth of Puerto Rico,

*Defendants*.

Civil No. 3:17-cv-01457-CCC

**DECLARATION OF OMAR GONZALEZ-PAGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Omar Gonzalez-Pagan, being of legal age and sound mind, do hereby state as follows:

1. I am one of the attorneys for Plaintiffs in this action. I am a member of the bar of the Commonwealth of Massachusetts and State of New York, and have been admitted *pro hac vice* to this court. I am a Staff Attorney at Lambda Legal Defense and Education Fund, Inc. in New York, New York. I make this declaration on personal knowledge, in support of Plaintiffs' Motion for a Preliminary Injunction.

2. Attached as Exhibit A to this declaration is a true and correct copy of *Ex parte Delgado*, 165 D.P.R. 170, 198 (2005), along with a certified translation prepared by TransPerfect.

1

3. Attached as Exhibit B to this declaration is a true and correct copy of Nat'l Ctr. for Transgender Equality, *The Report of the 2015 U.S. Transgender Survey: Executive Summary* (Dec. 2016), available at: https://goo.gl/shjV5w.

4. Attached as Exhibit C to this declaration is a true and correct copy of Sheilla L. Rodríguez-Madera, et al., *Experiences of Violence Among Transgender Women in Puerto Rico: An Underestimated Problem*, Journal of Homosexuality 1 (2016).

5. Attached as Exhibit D to this declaration is a true and correct copy of Rebecca L. Stotzer, *Violence against transgender people: A review of United States data*, Aggression and Violent Behavior 14, 170–179 (2009).

6. Attached as Exhibit E to this declaration is a true and correct copy of Andrew R. Flores, Jody L. Herman, Gary J. Gates, and Taylor N.T. Brown, The Williams Institute, *How many adults identify as transgender in the United States?* (June 2016), available at: https://goo.gl/E57eoF.

7. Attached as Exhibit F to this declaration is a true and correct copy of the Executive Summary of Human Rights Campaign Foundation, *Corporate Equality Index 2017: Rating Workplaces on Lesbian, Gay, Bisexual and Transgender Equality: Executive Summary* (2017), available at: https://goo.gl/1v4Qsk.

8. Attached as Exhibit G to this declaration is a true and correct copy of Terri Moon Cronk, *Transgender Service Members Can Now Serve Openly, Carter Announces*, DoD News (June 30, 2016).

9. Attached as Exhibit H to this declaration is a true and correct copy of Human Rights Campaign Foundation, *Anti-Transgender Legislation Spreads Nationwide, Bills Targeting Transgender Children Surge* (Feb. 9, 2016).

I certify and attest under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge.

Dated this 26th day of June, 2017.

_____
Omar Gonzalez-Pagan

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Clerk of the United States District Court for the District of Puerto Rico via the CM/ECF system this 26th day of June, 2017. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
t: (212) 809-8585 | f: (212) 809-0055
ogonzalez-pagan@lambdalegal.org