IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DANIELA ARROYO-GONZALEZ; VICTORIA RODRIGUEZ-ROLDAN; J.G.; PUERTO RICO PARA TOD@S<br><br>Plaintiffs<br><br>vs<br><br>RICARDO ROSSELLO-NEVARES, in his official capacity as Governor of the Commonwealth of Puerto Rico; RAFAEL RODRIGUEZ-MERCADO, in his official capacity as Secretary of the Department of Health of the Commonwealth of Puerto Rico; WANDA LLOVET-DIAZ, in her official capacity as Director of the Division of Demographic Registry and Vital Statistics of the Commonwealth of Puerto Rico<br><br>Defendants | CIVIL 17-1457CCC |

**ORDER**

Having considered the allegations of the Amended Complaint (d.e. 15), the Motion to Dismiss Pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted filed by defendants (**d.e. 22**), and plaintiffs' opposition (d.e. 29), said Motion to Dismiss is hereby DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on August 29, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge